UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Hill Country Emergency Medical Associates, P.A.; Longhorn Emergency Medical Associates, P.A.; Central Texas Emergency Associates, P.A.; Emergency Associates of Central Texas, P.A.; Emergency Department Physicians, P.C.; Emergency Professionals of Michigan, P.C.; ACS Primary Care Physicians Southwest, P.A.; Emergency Services of Texas, P.A.; Emergency Group of Arizona Professional Corp.; Emergency Physicians Southwest, P.C.; Chase Dennis Emergency Medical Group, Inc.; Crum, Stefanko and Jones, Ltd. dba Ruby Crest Emergency Medicine; Emergency Services of Oklahoma, P.C.; Oklahoma Emergency Services, P.C.; South Central Emergency Services, P.C.; Emergency Physicians of Mid-America, P.C.; Hospital Physician Services Southeast, P.C.; InPhyNet Primary Care Physicians Southeast, P.C.; Emergency Care Services of NJ, PA; Emergency Physician Associates of North Jersey, PC; Emergency Physician Associates of South Jersey, PC; Emergency Physician Services of New Jersey, PA; Middlesex Emergency Physicians, PA; Plainfield Emergency Physicians, PA; Emergency Services of Mobile, P.C.; Emergency Services of Montgomery, P.C.; Paragon Contracting Services, LLC; Southeastern Emergency Physicians, LLC; Greenbrier Emergency Services, Inc.; Quantum Healthcare Medical Associates of Arizona, P.C.; Team Physicians of Northern California Medical Group, Inc.; Solano Gateway Medical Group, Inc.; Sierra ER Department Physicians Medical Group, Inc.; Team Physicians of Southern California Medical Group, Inc.; San Ramon Emergency Physicians Medical Group, Inc.; Team Physicians of California Medical Group, Inc.; Emergency Professionals of Colorado, P.C.; Emergency Physicians of Connecticut, P.C.; Emergency Care Services of Connecticut, P.C.; Emergency Physician Associates of Delaware, P.C.; Emergency Services of Zephyrhills, P.A.; | Case No. 1:24-cv-11234 |

Southwest Florida Emergency Management, LLC; Florida Emergency Physicians Kang & Associates, M.D., LLC; InPhyNet Contracting Services, LLC; InPhyNet South Broward, LLC; Paragon Emergency Services LLC; Emergency Coverage, LLC; ACS Primary Care Physicians – Southeast, P.C.; New Century Physicians of Iowa, P.C.; Iowa Emergency Services LLC; Emergency Services of Iowa, LLC; Idaho Emergency Medical Group, P.C.; MEA Elk Grove, LLC; Aurora Emergency Associates, Ltd.; Midwest Emergency Associates, LLC; Southeastern Emergency Physicians of Memphis, LLC; MEA Chicago, P.C.; Emergency Services Midwest, S.C.; Emergency Professionals of Indiana, P.C.; Midwest Emergency Associates - Munster, LLC; Indiana Emergency Professionals, P.C.; Emergency Physician Associates of Indiana, P.C.; Emergency Services of Kansas, P.A.; ACS Primary Care Physicians - Midwest, S.C.; ACS Primary Care Physicians – Louisiana, P.C.; Emergency Physician Associates of Massachusetts, P.C.; Emergency Medicine Services of Maine, LLC; Observation Emergency Physicians, P.C.; ACS Emergency Services of Mississippi, PA; New Century Physicians of Nebraska, LLC; Emergency Physician Associates of Nebraska, P.C.; EPN of Nebraska, LLC; New Hampshire Emergency Physician Associates, P.C.; Atlantic Emergency Physician Associates, P.C.; Southwest Emergency Medical Associates of NM, P.C.; Team Physicians of Nevada-Scherr, P.C.; Fremont Emergency Services (Scherr), Ltd.; Exigence Medical of Jamestown PLLC; Children's Emergency Services, Inc.; Mid-Ohio Emergency Services, LLC; Ohio Emergency Professionals, Inc.; Emergency Physician Associates of Ohio, Inc.; Mercy Emergency Care Services, Inc.; Ohio Emergency Care Services, Inc.; Premier Emergency Care Services, Inc.; Emergency Professional Services, Inc.; Emergency Physician Associates of New England, P.C.; Emergency Care Services of New England, P.C.; Hilton Head Emergency

Physicians, LLC; ACS Emergency Physicians of SC, P.C.; Texas Physician Resources, LLP; Pediatric Emergency Medicine Group, LLP; Texas Medicine Resources, LLP; Longhorn Observation Medical Associates, P.A.; Texas Emergency Medicine Group, LLP; West Emergency Services, LLC; Northwest Observation Associates, P.C.; Northwest Emergency Physicians, LLC; Emergency Medicine of Racine, S.C.; Emergency Physician Associates of Wisconsin, S.C.; Health Care Alliance, Inc.; Inpatient Consultants of Alabama, Inc.; Hospital Medicine Associates, LLC; DHP of Alabama, P.C.; Arizona Acute Medical Services 1, P.C.; DHP of California Medical Group, Inc.; DHP of Twin Cities Medical Group, Inc.; Quantum Bay Area Hospitalist Medical Group, Inc.; Hospital Medicine of California, Inc.; Quantum Healthcare Medical Associates, Inc.; Inpatient Consultants of Colorado, P.C.; DHP of Connecticut, P.C.; DHP of Delaware, Inc.; Inpatient Consultants of Florida, Inc.; Northeast Florida Hospitalists, Inc.; Eastside Hospitalists, Inc.; Florida Hospital Medicine Services, LLC; DHP of Manatee, P.A.; West Palm Beach Physician Group, Inc.; North Broward Hospitalist, Inc.; Westside Hospitalist, Inc.; Memorial Hospitalist, Inc.; Hospital Physician Services of Florida, P.A.; ECC Hospitalist Services, P.C.; DHP of Georgia, P.C.; DHP of Piedmont, P.C.; Southeastern Hospitalist Services, P.C.; InPatient Consultants of Illinois, P.C.; IPC Healthcare Services of Illinois, P.C.; Hospitalist Physicians of Illinois, P.C.; Hospital Medicine of Indiana, P.C.; Hospital Medicine Services of Tennessee, P.C.; Acute Behavioral Health Services, P.C.; Hospitalist Physicians of Indiana, P.C.; DHP of Indiana, P.C.; Inpatient Consultants of Kansas, P.A.; Kansas Hospitalist Services, P.A.; Southeastern Physician Services, P.C.; Kentucky Post-Acute Medical Services 1, P.S.C.; DHP of Louisiana, P.C.; Massachusetts Acute Care Specialists, P.C.; DHP of Massachusetts, P.C.; Hospitalist Physicians of Massachusetts, P.C.; Hospital Medicine Services of Maine, LLC; InPatient Consultants of

Michigan, P.C.; InPatient Consultants of North Carolina, P.C.; DHP of North Carolina, P.C.; Maine Medical Services, LLC; Hospitalist Physicians of New Hampshire, P.C.; IPC Hospitalist Physicians of New Jersey, P.C.; NJ Acute Care Specialists Professional Corporation; DHP of New Jersey, P.A.; Hospitalist Physicians of New Jersey, P.A.; DHP of Princeton, P.A.; Northwest Hospital Medicine Physicians, LLC; Hospitalist Services of Nevada-Scherr, P.C.; Nevada Acute Medical Services-Scherr 1, P.C.; Atlantic Professional Services of Rhode Island, Inc.; Exigence Hospitalist Medical Services of Lewiston, PLLC; Hospital Medicine Services of Ohio, Inc.; Midwest Hospital Medicine Associates, P.C.; Pennsylvania HM Associates, P.C.; Quantum Hospital Medicine Services of Texas, P.A.; Lonestar Hospital Medicine Associates, P.A.; Arlington Physician Services, P.A.; IPC Healthcare Services of Texas PLLC; Quantum Emergency Physicians, P.A.; Hospital Medicine Associates of TX, P.A.; Behavioral Health of North Texas, LLP; Lonestar PAT Associates, P.A.; Southeastern Intensivist Services, P.C.; DHP of Virginia, P.C.; GES Hospitalist Services, Inc.; Redmond Anesthesia & Pain Treatment, P.C.; ANS Services of Arkansas, P.A.; Anesthesia Services of Arizona, P.C.; DHP Anesthesia Medical Group, Inc.; Hialeah Anesthesia Specialists, LLC; Parrish Anesthesia Specialists, LLC; Palmetto Anesthesia Specialists, LLC; South Florida Anesthesia & Pain Treatment, P.A.; Treasure Coast Anesthesia Group, P.A.; Gulf-To-Bay Anesthesiology Associates, LLC; Midwest Anesthesia Providers, S.C.; Topeka Anesthesia & Pain Treatment, P.A.; Lawrence Anesthesia Services, LLC; Maryland Anesthesia & Pain Management Services, P.C.; Metromac Anesthesiology P.L.L.C.; Saginaw Anesthesia Services, PLLC; Anesthetix of Lexington, PLLC; Omaha Anesthesia & Pain Treatment, LLC; Anesthesia Associates of New England, P.C.; Northern Valley Anesthesiology, P.A.; Western Anesthesia Provider Group-Scherr, P.C.; Dayton Anesthesia & Pain Services, LLC;

| | |
|---|---|
| Wood Anesthesia & Pain Treatment, LLC; Anesthesia Associates of Cincinnati, Inc.; Portland Anesthesia Specialists, LLC; Grove City Anesthesia & Pain Management, PLLC; Atlantic Coast Anesthesia Services, P.C.; Texas Regional Anesthesia Medical Group, P.A.; Surgical Anesthesia Associates P.L.L.C.; Racine Anesthesia Services, LLC;<br><br>                    Plaintiffs,<br><br>  v.<br><br>MultiPlan, Inc.; UnitedHealth Group, Inc.; Molina Healthcare, Inc.; Allied National, LLC; Secure Health Plans of Georgia, L.L.C.; Benefit Plans Administrators of Eau Claire, LLC; Central States, Southeast and Southwest Areas Pension Fund; Consociate, Inc.;<br><br>                    Defendants. | |

## PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES

Pursuant to Local Rule 3.2 and Federal Rule of Civil Procedure 7.1, Plaintiffs, by and through their undersigned counsel, hereby state that each Plaintiff has no parent company, no affiliate, and no publicly traded entity owns more than 10% of its stock.

| | |
|---|---|
| Dated: November 4, 2024 | Respectfully submitted,<br><br>VINSON & ELKINS LLP<br><br>*/s/ Stephen M. Medlock*<br>Stephen M. Medlock<br>Stephen Cohen (*pro hac vice* forthcoming)<br>Michael McCambridge (*pro hac vice* forthcoming)<br>Rami Abdallah E. Rashmawi (*pro hac vice* forthcoming)<br>2200 Pennsylvania Ave., N.W.<br>Suite 500 W<br>Washington, D.C. 20037<br>Tel: (202) 639-6500<br>Fax: (202) 639-6604 |

- 1 -

Michael Scarborough (*pro hac vice* forthcoming)
Dylan Ballard (*pro hac vice* forthcoming)
Madison Lo (*pro hac vice* forthcoming)
555 Mission Street
Suite 2000
San Francisco, CA 94105
Tel: (415) 979-6900
Fax: (415) 651-8786

Mackenzie Newman (*pro hac vice* forthcoming)
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 237-0000
Fax: (212) 237-0100

*Attorneys for Plaintiffs*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2024, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

/s/ *Stephen M. Medlock*
Stephen M. Medlock