**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Hill Country Emergency Medical Associates, P.A., et al., | ) | Case No. 1:24-cv-11234 |
| | ) | |
| | ) | Hon. Judge Matthew F. Kennelly |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| MultiPlan, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**DEFENDANT BENEFIT PLAN ADMINISTRATORS OF
EAU CLAIRE, LLC'S NOTIFICATION OF AFFILIATES**

Pursuant to Local Rule 3.2 and Federal Rule of Civil Procedure 7.1, Defendant, Benefit Plan Administrators of Eau Claire, LLC, by and through undersigned counsel hereby states that Defendant has no parent company, and the following affiliates own more than 5% of its stock: SCP Fund III BPA Holdings, LLC, BPA Rollover Partners, Inc., Harvey Equity Partners, LLC, and Paul P. Kelly.

Dated: February 13, 2025

Benefit Plan Administrators of Eau Claire, LLC

By: _/s/ John J. Hamill_

John J. Hamill
john.hamill@us.dlapiper.com
Michael S. Pullos
michael.pullos@us.dlapiper.com
DLA PIPER LLP (US)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Tel: 312.368.3423
Fax: 312.251.5728

*Attorneys for Benefit Plan Administrators of Eau Claire, LLC*

## CERTIFICATE OF SERVICE

I certify that, on February 13, 2025, I caused a copy of the foregoing Notification of Affiliates of Benefit Plan Administrators of Eau Claire, LLC to be electronically filed and served through the CM/ECF system.

_/s/ John J. Hamill_
John J. Hamill

2