**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| Hill Country Emergency Medical Associates, P.A.; Longhorn Emergency Medical Associates, P.A.; Central Texas Emergency Associates, P.A.; Emergency Associates of Central Texas, P.A.; Emergency Department Physicians, P.C.; Emergency Professionals of Michigan, P.C.; ACS Primary Care Physicians Southwest, P.A.; Emergency Services of Texas, P.A.; Emergency Group of Arizona Professional Corp.; Emergency Physicians Southwest, P.C.; Chase Dennis Emergency Medical Group, Inc.; Crum, Stefanko and Jones, Ltd. dba Ruby Crest Emergency Medicine; Emergency Services of Oklahoma, P.C.; Oklahoma Emergency Services, P.C.; South Central Emergency Services, P.C.; Emergency Physicians of Mid-America, P.C.; Hospital Physician Services Southeast, P.C.; InPhyNet Primary Care Physicians Southeast, P.C.; Emergency Care Services of NJ, PA; Emergency Physician Associates of North Jersey, PC; Emergency Physician Associates of South Jersey, PC; Emergency Physician Services of New Jersey, PA; Middlesex Emergency Physicians, PA; Plainfield Emergency Physicians, PA; Emergency Services of Mobile, P.C.; Emergency Services of Montgomery, P.C.; Paragon Contracting Services, LLC; Southeastern Emergency Physicians, LLC; Greenbrier Emergency Services, Inc.; Quantum Healthcare Medical Associates of Arizona, P.C.; Team Physicians of Northern California Medical Group, Inc.; Solano Gateway Medical Group, Inc.; Sierra ER Department Physicians Medical Group, Inc.; Team Physicians of Southern California Medical Group, Inc.; San Ramon Emergency Physicians Medical Group, Inc.; Team Physicians of California Medical Group, Inc.; Emergency Professionals of Colorado, P.C.; Emergency Physicians of Connecticut, P.C.; Emergency Care Services of Connecticut, P.C.; Emergency Physician Associates of Delaware, P.C.; Emergency Services of Zephyrhills, P.A.; | Case No. 1:24-cv-11234<br><br>Hon. Matthew F. Kennelly |

Southwest Florida Emergency Management, LLC; Florida Emergency Physicians Kang & Associates, M.D., LLC; InPhyNet Contracting Services, LLC; InPhyNet South Broward, LLC; Paragon Emergency Services LLC; Emergency Coverage, LLC; ACS Primary Care Physicians – Southeast, P.C.; New Century Physicians of Iowa, P.C.; Iowa Emergency Services LLC; Emergency Services of Iowa, LLC; Idaho Emergency Medical Group, P.C.; MEA Elk Grove, LLC; Aurora Emergency Associates, Ltd.; Midwest Emergency Associates, LLC; Southeastern Emergency Physicians of Memphis, LLC; MEA Chicago, P.C.; Emergency Services Midwest, S.C.; Emergency Professionals of Indiana, P.C.; Midwest Emergency Associates - Munster, LLC; Indiana Emergency Professionals, P.C.; Emergency Physician Associates of Indiana, P.C.; Emergency Services of Kansas, P.A.; ACS Primary Care Physicians - Midwest, S.C.; ACS Primary Care Physicians – Louisiana, P.C.; Emergency Physician Associates of Massachusetts, P.C.; Emergency Medicine Services of Maine, LLC; Observation Emergency Physicians, P.C.; ACS Emergency Services of Mississippi, PA; New Century Physicians of Nebraska, LLC; Emergency Physician Associates of Nebraska, P.C.; EPN of Nebraska, LLC; New Hampshire Emergency Physician Associates, P.C.; Atlantic Emergency Physician Associates, P.C.; Southwest Emergency Medical Associates of NM, P.C.; Team Physicians of Nevada-Scherr, P.C.; Fremont Emergency Services (Scherr), Ltd.; Exigence Medical of Jamestown PLLC; Children's Emergency Services, Inc.; Mid-Ohio Emergency Services, LLC; Ohio Emergency Professionals, Inc.; Emergency Physician Associates of Ohio, Inc.; Mercy Emergency Care Services, Inc.; Ohio Emergency Care Services, Inc.; Premier Emergency Care Services, Inc.; Emergency Professional Services, Inc.; Emergency Physician Associates of New England, P.C.; Emergency Care Services of New England, P.C.; Hilton Head Emergency

Physicians, LLC; ACS Emergency Physicians of SC, P.C.; Texas Physician Resources, LLP; Pediatric Emergency Medicine Group, LLP; Texas Medicine Resources, LLP; Longhorn Observation Medical Associates, P.A.; Texas Emergency Medicine Group, LLP; West Emergency Services, LLC; Northwest Observation Associates, P.C.; Northwest Emergency Physicians, LLC; Emergency Medicine of Racine, S.C.; Emergency Physician Associates of Wisconsin, S.C.; Health Care Alliance, Inc.; Inpatient Consultants of Alabama, Inc.; Hospital Medicine Associates, LLC; DHP of Alabama, P.C.; Arizona Acute Medical Services 1, P.C.; DHP of California Medical Group, Inc.; DHP of Twin Cities Medical Group, Inc.; Quantum Bay Area Hospitalist Medical Group, Inc.; Hospital Medicine of California, Inc.; Quantum Healthcare Medical Associates, Inc.; Inpatient Consultants of Colorado, P.C.; DHP of Connecticut, P.C.; DHP of Delaware, Inc.; Inpatient Consultants of Florida, Inc.; Northeast Florida Hospitalists, Inc.; Eastside Hospitalists, Inc.; Florida Hospital Medicine Services, LLC; DHP of Manatee, P.A.; West Palm Beach Physician Group, Inc.; North Broward Hospitalist, Inc.; Westside Hospitalist, Inc.; Memorial Hospitalist, Inc.; Hospital Physician Services of Florida, P.A.; ECC Hospitalist Services, P.C.; DHP of Georgia, P.C.; DHP of Piedmont, P.C.; Southeastern Hospitalist Services, P.C.; InPatient Consultants of Illinois, P.C.; IPC Healthcare Services of Illinois, P.C.; Hospitalist Physicians of Illinois, P.C.; Hospital Medicine of Indiana, P.C.; Hospital Medicine Services of Tennessee, P.C.; Acute Behavioral Health Services, P.C.; Hospitalist Physicians of Indiana, P.C.; DHP of Indiana, P.C.; Inpatient Consultants of Kansas, P.A.; Kansas Hospitalist Services, P.A.; Southeastern Physician Services, P.C.; Kentucky Post-Acute Medical Services 1, P.S.C.; DHP of Louisiana, P.C.; Massachusetts Acute Care Specialists, P.C.; DHP of Massachusetts, P.C.; Hospitalist Physicians of Massachusetts, P.C.; Hospital Medicine Services of Maine, LLC; InPatient Consultants of

Michigan, P.C.; InPatient Consultants of North Carolina, P.C.; DHP of North Carolina, P.C.; Maine Medical Services, LLC; Hospitalist Physicians of New Hampshire, P.C.; IPC Hospitalist Physicians of New Jersey, P.C.; NJ Acute Care Specialists Professional Corporation; DHP of New Jersey, P.A.; Hospitalist Physicians of New Jersey, P.A.; DHP of Princeton, P.A.; Northwest Hospital Medicine Physicians, LLC; Hospitalist Services of Nevada-Scherr, P.C.; Nevada Acute Medical Services-Scherr 1, P.C.; Atlantic Professional Services of Rhode Island, Inc.; Exigence Hospitalist Medical Services of Lewiston, PLLC; Hospital Medicine Services of Ohio, Inc.; Midwest Hospital Medicine Associates, P.C.; Pennsylvania HM Associates, P.C.; Quantum Hospital Medicine Services of Texas, P.A.; Lonestar Hospital Medicine Associates, P.A.; Arlington Physician Services, P.A.; IPC Healthcare Services of Texas PLLC; Quantum Emergency Physicians, P.A.; Hospital Medicine Associates of TX, P.A.; Behavioral Health of North Texas, LLP; Lonestar PAT Associates, P.A.; Southeastern Intensivist Services, P.C.; DHP of Virginia, P.C.; GES Hospitalist Services, Inc.; Redmond Anesthesia & Pain Treatment, P.C.; ANS Services of Arkansas, P.A.; Anesthesia Services of Arizona, P.C.; DHP Anesthesia Medical Group, Inc.; Hialeah Anesthesia Specialists, LLC; Parrish Anesthesia Specialists, LLC; Palmetto Anesthesia Specialists, LLC; South Florida Anesthesia & Pain Treatment, P.A.; Treasure Coast Anesthesia Group, P.A.; Gulf-To-Bay Anesthesiology Associates, LLC; Midwest Anesthesia Providers, S.C.; Topeka Anesthesia & Pain Treatment, P.A.; Lawrence Anesthesia Services, LLC; Maryland Anesthesia & Pain Management Services, P.C.; Metromac Anesthesiology P.L.L.C.; Saginaw Anesthesia Services, PLLC; Anesthetix of Lexington, PLLC; Omaha Anesthesia & Pain Treatment, LLC; Anesthesia Associates of New England, P.C.; Northern Valley Anesthesiology, P.A.; Western Anesthesia Provider Group-Scherr, P.C.; Dayton Anesthesia & Pain Services, LLC;

Wood Anesthesia & Pain Treatment, LLC;
Anesthesia Associates of Cincinnati, Inc.;
Portland Anesthesia Specialists, LLC; Grove
City Anesthesia & Pain Management, PLLC;
Atlantic Coast Anesthesia Services, P.C.; Texas
Regional Anesthesia Medical Group, P.A.;
Surgical Anesthesia Associates P.L.L.C.; Racine
Anesthesia Services, LLC; Emergency Physician
Services of New York, P.C.; Buffalo Emergency
Associates, L.L.P.; Exigence Medical of
Binghamton PLLC; Emergency Care Services of
New York, P.C.; Emergency Care Services of
Pennsylvania, P.C.; Emergency Physician
Associates of Pennsylvania, P.C.;

Plaintiffs,

v.

MultiPlan, Inc.; UnitedHealth Group, Inc.;
Molina Healthcare, Inc.; Allied National, LLC;
Secure Health Plans of Georgia, L.L.C.; Benefit
Plans Administrators of Eau Claire, LLC;
Central States, Southeast and Southwest Areas
Pension Fund; Consociate, Inc.;

Defendants.

## PLAINTIFFS' AMENDED NOTIFICATION OF AFFILIATES

Pursuant to Local Rule 3.2 and Federal Rule of Civil Procedure 7.1, Plaintiffs in the above entitled action provide the following disclosure and notification of affiliates who own 5% or more of any of the Plaintiffs as set forth in the below listed chart.

| Plaintiff | Affiliates |
| --- | --- |
| Hill Country Emergency Medical Associates, P.A. | Lance Williams, M.D. |
| Longhorn Emergency Medical Associates, P.A. | Lance Williams, M.D. |
| Central Texas Emergency Associates, P.A. | Lance Williams, M.D. |
| Emergency Associates of Central Texas, P.A. | Lance Williams, M.D. |
| Emergency Department Physicians, P.C. | Emergency Medicine Specialists, P.C.<br>EMS Physician Holdings, P.C. |

| Plaintiff | Affiliates |
|---|---|
| Emergency Professionals of Michigan, P.C. | Duane Mast, M.D. |
| ACS Primary Care Physicians Southwest, P.A. | Lance Williams, M.D. |
| Emergency Services of Texas, P.A. | Lance Williams, M.D. |
| Emergency Group of Arizona Professional Corp. | Brian Hess, M.D. |
| Emergency Physicians Southwest, P.C. | Brian Hess, M.D. |
| Chase Dennis Emergency Medical Group, Inc. | Neil Mendelson, M.D. |
| Crum, Stefanko and Jones, Ltd. dba Ruby Crest Emergency Medicine | Team Physicians of Nevada-Scherr, P.C. |
| Emergency Services of Oklahoma, P.C. | Robert Frantz, M.D. |
| Oklahoma Emergency Services, P.C. | Robert Frantz, M.D. |
| South Central Emergency Services, P.C. | Robert Frantz, M.D. |
| Emergency Physicians of Mid-America, P.C. | Robert Frantz, M.D. |
| Hospital Physician Services Southeast, P.C. | Joseph T. Crane IV, M.D. |
| InPhyNet Primary Care Physicians Southeast, P.C. | Joseph T. Crane IV, M.D. |
| Emergency Care Services of NJ, PA | David J. Istvan, M.D. |
| Emergency Physician Associates of North Jersey, PC | David J. Istvan, M.D. |
| Emergency Physician Associates of South Jersey, PC | David J. Istvan, M.D. |
| Emergency Physician Services of New Jersey, PA | David J. Istvan, M.D. |
| Middlesex Emergency Physicians, PA | David J. Istvan, M.D. |
| Plainfield Emergency Physicians, PA | David J. Istvan, M.D. |
| Emergency Services of Mobile, P.C. | Randal Dabbs, M.D. |
| Emergency Services of Montgomery, P.C. | Randal Dabbs, M.D. |
| Paragon Contracting Services, LLC | Southwest Florida Emergency Management, LLC<br>Team Finance, LLC<br>Team Health Holdings, Inc. |
| Southeastern Emergency Physicians, LLC | Team Health, LLC<br>Team Health Holdings, Inc.<br>Team Finance, LLC |
| Greenbrier Emergency Services, Inc. | Randal Dabbs, M.D. |
| Quantum Healthcare Medical Associates of Arizona, P.C. | Brian Hess, M.D. |
| Team Physicians of Northern California Medical Group, Inc. | Neil Mendelson, M.D. |
| Solano Gateway Medical Group, Inc. | Neil Mendelson, M.D. |

| Plaintiff | Affiliates |
| --- | --- |
| Sierra ER Department Physicians Medical Group, Inc. | Neil Mendelson, M.D. |
| Team Physicians of Southern California Medical Group, Inc. | Neil Mendelson, M.D. |
| San Ramon Emergency Physicians Medical Group, Inc. | Neil Mendelson, M.D. |
| Team Physicians of California Medical Group, Inc. | Neil Mendelson, M.D. |
| Emergency Professionals of Colorado, P.C. | Brian Hess, M.D. |
| Emergency Physicians of Connecticut, P.C. | David J. Istvan, M.D. |
| Emergency Care Services of Connecticut, P.C. | David J. Istvan, M.D. |
| Emergency Physician Associates of Delaware, P.C. | David J. Istvan, M.D. |
| Emergency Services of Zephyrhills, P.A. | Steven Schwartz, D.O. |
| Southwest Florida Emergency Management, LLC | Team Finance LLC<br>Team Health Holdings, Inc. |
| Florida Emergency Physicians Kang & Associates, M.D., LLC | Team Finance, LLC<br>Team Health Holdings, Inc. |
| InPhyNet Contracting Services, LLC | Southwest Florida Emergency Management, LLC<br>Team Finance, LLC<br>Team Health Holdings, Inc. |
| InPhyNet South Broward, LLC | Southwest Florida Emergency Management, LLC<br>Team Finance, LLC<br>Team Health Holdings, Inc. |
| Paragon Emergency Services LLC | InPhyNet Contracting Services, LLC<br>Team Finance, LLC<br>Team Health Holdings, Inc. |
| Emergency Coverage, LLC | Team Finance, LLC<br>Team Health Holdings, Inc. |
| ACS Primary Care Physicians – Southeast, P.C. | Randal Dabbs, M.D. |
| New Century Physicians of Iowa, P.C. | Joseph T. Crane IV, M.D. |
| Iowa Emergency Services LLC | Premier Health Care Services, Inc.<br>Team Finance, LLC<br>Team Health Holdings, Inc. |
| Emergency Services of Iowa, LLC | Quantum Plus, LLC<br>Team Finance, LLC<br>Team Health Holdings, Inc. |
| Idaho Emergency Medical Group, P.C. | Robert Frantz, M.D. |
| MEA Elk Grove, LLC | Elmer Choi, M.D. |
| Aurora Emergency Associates, Ltd. | Elmer Choi, M.D. |

| Plaintiff | Affiliates |
|---|---|
| Midwest Emergency Associates, LLC | Elmer Choi, M.D. |
| Southeastern Emergency Physicians of Memphis, LLC | Team Finance, LLC<br>Team Health Holdings, Inc. |
| MEA Chicago, P.C. | Elmer Choi, M.D. |
| Emergency Services Midwest, S.C. | Elmer Choi, M.D. |
| Emergency Professionals of Indiana, P.C. | Anthony Steele, M.D. |
| Midwest Emergency Associates - Munster, LLC | Anthony Steele, M.D. |
| Indiana Emergency Professionals, P.C. | Anthony Steele, M.D. |
| Emergency Physician Associates of Indiana, P.C. | Anthony Steele, M.D. |
| Emergency Services of Kansas, P.A. | Lance Williams, M.D. |
| ACS Primary Care Physicians - Midwest, S.C. | Elmer Choi, M.D. |
| ACS Primary Care Physicians – Louisiana, P.C. | Joseph T. Crane IV, M.D. |
| Emergency Physician Associates of Massachusetts, P.C. | David J. Istvan, M.D. |
| Emergency Medicine Services of Maine, LLC | Emergency Physicians Associates, LLC<br>Team Finance, LLC<br>Team Health Holdings, Inc. |
| Observation Emergency Physicians, P.C. | Duane Mast, M.D. |
| ACS Emergency Services of Mississippi, PA | Randal Dabbs, M.D. |
| New Century Physicians of Nebraska, LLC | Premier Health Care Services, LLC<br>Team Finance, LLC<br>Team Health Holdings, Inc. |
| EPN of Nebraska, LLC | Premier Physician Services, Inc.<br>Team Finance, LLC<br>Team Health Holdings, Inc. |
| New Hampshire Emergency Physician Associates, P.C. | David J. Istvan, M.D. |
| Atlantic Emergency Physician Associates, P.C. | Hammad Rizvi, D.O. |
| Southwest Emergency Medical Associates of NM, P.C. | Jose Crespo, M.D. |
| Team Physicians of Nevada-Scherr, P.C. | Scott Scherr, M.D. |
| Fremont Emergency Services (Scherr), Ltd. | Team Physicians of Nevada-Scherr, P.C. |
| Exigence Medical of Jamestown PLLC | David J. Istvan, M.D.<br>Joseph Chow, M.D. |
| Children's Emergency Services, Inc. | Team Finance LLC<br>Team Health Holdings, Inc. |
| Mid-Ohio Emergency Services, LLC | Acute Care Specialists, Inc.<br>ES Ventures, LLC |

- 4 -

| Plaintiff | Affiliates |
|---|---|
| Ohio Emergency Professionals, Inc. | David J. Istvan, M.D. |
| Emergency Physician Associates of Ohio, Inc. | David J. Istvan, M.D. |
| Mercy Emergency Care Services, Inc. | William Cole, M.D. |
| Ohio Emergency Care Services, Inc. | David J. Istvan, M.D. |
| Premier Emergency Care Services, Inc. | William Cole, M.D. |
| Emergency Professional Services, Inc. | Team Finance LLC<br>Team Health Holdings, Inc. |
| Emergency Physician Associates of New England, P.C. | David J. Istvan, M.D. |
| Emergency Care Services of New England, P.C. | David J. Istvan, M.D. |
| Hilton Head Emergency Physicians, LLC | Premier Health Care Services, Inc.<br>Team Finance, LLC<br>Team Health Holdings, Inc. |
| ACS Emergency Physicians of SC, P.C. | Randal Dabbs, M.D. |
| Texas Physician Resources, LLP | Ralph Baine, M.D.<br>Lance Williams, M.D. |
| Pediatric Emergency Medicine Group, LLP | Ralph Baine, M.D.<br>Lance Williams, M.D. |
| Texas Medicine Resources, LLP | Ralph Baine, M.D.<br>Lance Williams, M.D. |
| Longhorn Observation Medical Associates, P.A. | Lance Williams, M.D. |
| Texas Emergency Medicine Group, LLP | Ralph Baine, M.D.<br>Lawrence Hum, M.D. |
| West Emergency Services, LLC | Team Finance LLC<br>Team Health Holdings, Inc. |
| Northwest Observation Associates, P.C. | Allister Stone, M.D. |
| Northwest Emergency Physicians, LLC | Southwest Florida Emergency Management, LLC<br>Team Finance, LLC<br>Team Health Holdings, Inc. |
| Emergency Medicine of Racine, S.C. | James Mesrobian, M.D. |
| Emergency Physician Associates of Wisconsin, S.C. | Mussaret A. Zuberi, M.D. |
| Health Care Alliance, Inc. | Team Finance LLC<br>Team Finance, LLC<br>Team Health Holdings, Inc. |
| Inpatient Consultants of Alabama, Inc. | IPC Healthcare, Inc.<br>Team Finance, LLC<br>Team Health Holdings, Inc. |
| Hospital Medicine Associates, LLC | Inphynet Contracting Services, LLC<br>Team Finance, LLC<br>Team Health Holdings, Inc. |

| Plaintiff | Affiliates |
|---|---|
| DHP of Alabama, P.C. | Randal Dabbs, M.D. |
| Arizona Acute Medical Services 1, P.C. | Brian Hess, M.D. |
| DHP of California Medical Group, Inc. | Adam Carlton, M.D. |
| DHP of Twin Cities Medical Group, Inc. | Adam Carlton, M.D. |
| Quantum Bay Area Hospitalist Medical Group, Inc. | Neil Mendelson, M.D. |
| Hospital Medicine of California, Inc. | Bruce Gipe, M.D. |
| Quantum Healthcare Medical Associates, Inc. | Neil Mendelson, M.D. |
| Inpatient Consultants of Colorado, P.C. | Brian Hess, M.D. |
| DHP of Connecticut, P.C. | David J. Istvan, M.D. |
| DHP of Delaware, Inc. | DHP Management Services, L.L.C.<br>Team Finance, LLC<br>Team Health Holdings, Inc. |
| Inpatient Consultants of Florida, Inc. | Rohit Uppal, M.D. |
| Northeast Florida Hospitalists, Inc. | Rohit Uppal, M.D. |
| Eastside Hospitalists, Inc. | Rohit Uppal, M.D. |
| Florida Hospital Medicine Services, LLC | Southwest Florida Emergency Management, LLC<br>Team Finance, LLC<br>Team Health Holdings, Inc. |
| DHP of Manatee, P.A. | Rohit Uppal, M.D. |
| West Palm Beach Physician Group, Inc. | Rohit Uppal, M.D. |
| North Broward Hospitalist, Inc. | Rohit Uppal, M.D. |
| Westside Hospitalist, Inc. | Rohit Uppal, M.D. |
| Memorial Hospitalist, Inc. | Rohit Uppal, M.D. |
| Hospital Physician Services of Florida, P.A. | Rohit Uppal, M.D. |
| ECC Hospitalist Services, P.C. | Randal Dabbs, M.D. |
| DHP of Georgia, P.C. | Randal Dabbs, M.D. |
| DHP of Piedmont, P.C. | Randal Dabbs, M.D. |
| Southeastern Hospitalist Services, P.C. | Randal Dabbs, M.D. |
| InPatient Consultants of Illinois, P.C. | Elmer Choi, M.D. |
| IPC Healthcare Services of Illinois, P.C. | Elmer Choi, M.D. |
| Hospitalist Physicians of Illinois, P.C. | Elmer Choi, M.D. |
| Hospital Medicine of Indiana, P.C. | Anthony Steele, M.D. |
| Hospital Medicine Services of Tennessee, P.C. | Randal Dabbs, M.D. |
| Acute Behavioral Health Services, P.C. | Anthony Steele, M.D. |
| Hospitalist Physicians of Indiana, P.C. | Anthony Steele, M.D. |
| DHP of Indiana, P.C. | Regina Adair, M.D. |
| Inpatient Consultants of Kansas, P.A. | Lance Williams, M.D. |
| Kansas Hospitalist Services, P.A. | Lance Williams, M.D. |

| Plaintiff | Affiliates |
|---|---|
| Southeastern Physician Services, P.C. | Randal Dabbs, M.D. |
| Kentucky Post-Acute Medical Services 1, P.S.C. | Randal Dabbs, M.D. |
| DHP of Louisiana, P.C. | Tricia Guidry, M.D. |
| Massachusetts Acute Care Specialists, P.C. | Roy Sittig, M.D. |
| DHP of Massachusetts, P.C. | Roy Sittig, M.D. |
| Hospitalist Physicians of Massachusetts, P.C. | Roy Sittig, M.D. |
| Hospital Medicine Services of Maine, LLC | Hospital Medicine Associates, LLC<br>Team Finance, LLC<br>Team Health Holdings, Inc. |
| InPatient Consultants of Michigan, P.C. | Duane Mast, M.D. |
| InPatient Consultants of North Carolina, P.C. | Randal Dabbs, M.D. |
| DHP of North Carolina, P.C. | Randal Dabbs, M.D. |
| Maine Medical Services, LLC | Emergency Physician Associates, LLC<br>Team Finance, LLC<br>Team Health Holdings, Inc. |
| Hospitalist Physicians of New Hampshire, P.C. | David J. Istvan, M.D. |
| IPC Hospitalist Physicians of New Jersey, P.C. | David J. Istvan, M.D. |
| NJ Acute Care Specialists Professional Corporation | David J. Istvan, M.D. |
| DHP of New Jersey, P.A. | David J. Istvan, M.D. |
| Hospitalist Physicians of New Jersey, P.A. | David J. Istvan, M.D. |
| DHP of Princeton, P.A. | David J. Istvan, M.D. |
| Northwest Hospital Medicine Physicians, LLC | Southwest Florida Emergency Management, LLC<br>Team Finance, LLC<br>Team Health Holdings, Inc. |
| Hospitalist Services of Nevada-Scherr, P.C. | Scott Scherr, M.D. |
| Nevada Acute Medical Services-Scherr 1, P.C. | Scott Scherr, M.D. |
| Atlantic Professional Services of Rhode Island, Inc. | David J. Istvan, M.D. |
| Exigence Hospitalist Medical Services of Lewiston, PLLC | David J. Istvan, M.D.<br>Joseph Chow, M.D. |
| Hospital Medicine Services of Ohio, Inc. | William Cole, M.D. |
| Midwest Hospital Medicine Associates, P.C. | Robert Frantz, M.D. |
| Pennsylvania HM Associates, P.C. | David J. Istvan, M.D. |
| Quantum Hospital Medicine Services of Texas, P.A. | Lance Williams, M.D. |
| Lonestar Hospital Medicine Associates, P.A. | Lance Williams, M.D. |
| Arlington Physician Services, P.A. | Lance Williams, M.D. |

| Plaintiff | Affiliates |
|---|---|
| IPC Healthcare Services of Texas PLLC | Inpatient Consultants of Texas, PLLC |
| Quantum Emergency Physicians, P.A. | Lance Williams, M.D. |
| Hospital Medicine Associates of TX, P.A. | Lance Williams, M.D. |
| Behavioral Health of North Texas, LLP | Lance Williams, M.D. Ralph Baine, M.D. |
| Lonestar PAT Associates, P.A. | Lance Williams, M.D. |
| Southeastern Intensivist Services, P.C. | Randal Dabbs, M.D. |
| DHP of Virginia, P.C. | Randal Dabbs, M.D. |
| GES Hospitalist Services, Inc. | Randal Dabbs, M.D. |
| Redmond Anesthesia & Pain Treatment, P.C. | Randal Dabbs, M.D. |
| ANS Services of Arkansas, P.A. | David Samanie, M.D. |
| Anesthesia Services of Arizona, P.C. | Mary-Katherine Harper, D.O. |
| DHP Anesthesia Medical Group, Inc. | David Samanie, M.D. |
| Hialeah Anesthesia Specialists, LLC | Jeffrey Weiss, D.O. |
| Parrish Anesthesia Specialists, LLC | Jeffrey Weiss, D.O. |
| Palmetto Anesthesia Specialists, LLC | Jeffrey Weiss, D.O. |
| South Florida Anesthesia & Pain Treatment, P.A. | Jeffrey Weiss, D.O. |
| Treasure Coast Anesthesia Group, P.A. | Jeffrey Weiss, D.O. |
| Gulf-To-Bay Anesthesiology Associates, LLC | FGTB Holdings, LLC Team Finance, LLC Team Health Holdings, Inc. |
| Midwest Anesthesia Providers, S.C. | Elmer Choi, M.D. |
| Topeka Anesthesia & Pain Treatment, P.A. | Lance Williams, M.D. |
| Lawrence Anesthesia Services, LLC | Roy Sittig, M.D. |
| Maryland Anesthesia & Pain Management Services, P.C. | Nag Birudavol, M.D. |
| Metromac Anesthesiology P.L.L.C. | Jeffrey Weiss, D.O. |
| Saginaw Anesthesia Services, PLLC | Duane Mast, M.D. |
| Anesthetix of Lexington, PLLC | Randal Dabbs, M.D. |
| Omaha Anesthesia & Pain Treatment, LLC | Team Anesthesia, LLC |
| Anesthesia Associates of New England, P.C. | David J. Istvan, M.D. |
| Northern Valley Anesthesiology, P.A. | David J. Istvan, M.D. |
| Western Anesthesia Provider Group-Scherr, P.C. | Scott Scherr, M.D. |
| Dayton Anesthesia & Pain Services, LLC | Jeffrey Weiss, D.O. |
| Wood Anesthesia & Pain Treatment, LLC | Jeffrey Weiss, D.O. |
| Anesthesia Associates of Cincinnati, Inc. | Team Finance LLC Team Health Holdings, Inc. |
| Portland Anesthesia Specialists, LLC | Jeffrey Weiss, D.O. |
| Grove City Anesthesia & Pain Management, PLLC | David J. Istvan, M.D. |

- 8 -

| Plaintiff | Affiliates |
|---|---|
| Atlantic Coast Anesthesia Services, P.C. | Matthew Belan, M.D. |
| Texas Regional Anesthesia Medical Group, P.A. | David Samanie, M.D. |
| Surgical Anesthesia Associates P.L.L.C. | Certified Anesthesia Services, P.L.L.C. |
| Racine Anesthesia Services, LLC | James Mesrobian, M.D. |
| Emergency Physician Services of New York, P.C. | David J. Istvan, M.D. |
| Buffalo Emergency Associates, L.L.P. | David J. Istvan, M.D.<br>Joseph Chow, M.D. |
| Exigence Medical of Binghamton PLLC | David J. Istvan, M.D.<br>Joseph Chow, M.D. |
| Emergency Care Services of New York, P.C. | David J. Istvan, M.D. |
| Emergency Care Services of Pennsylvania, P.C. | David J. Istvan, M.D. |
| Emergency Physician Associates of Pennsylvania, P.C. | David J. Istvan, M.D. |

Dated: April 28, 2025

Respectfully submitted,

VINSON & ELKINS LLP

*/s/ Stephen M. Medlock*

Stephen M. Medlock
Stephen Cohen (*pro hac vice* forthcoming)
Michael McCambridge (*pro hac vice* forthcoming)
Rami Abdallah E. Rashmawi (*pro hac vice* forthcoming)
2200 Pennsylvania Ave., N.W.
Suite 500 W
Washington, D.C. 20037
Tel: (202) 639-6500
Fax: (202) 639-6604

Michael Scarborough (admitted *pro hac vice*)
Dylan Ballard (admitted *pro hac vice*)
Madison Lo (*pro hac vice* forthcoming)
555 Mission Street
Suite 2000
San Francisco, CA 94105
Tel: (415) 979-6900
Fax: (415) 651-8786

Mackenzie Newman (*pro hac vice*
forthcoming)
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 237-0000
Fax: (212) 237-0100


*Attorneys for Plaintiffs*

- 10 -

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 28, 2025, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

/s/ *Stephen M. Medlock*
Stephen M. Medlock